Moe M. Forman and J. Edward Jones, for appellant; no appearance for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 19, 1949; released for publication January 5, 1950.

## O. D. Jennings and Company, Appellee, v. Fulton Machine Company, Appellant.

Gen. No. 44,736.

John Marshall Dahlberg, for appellant; Fyffe & Clarke, for appellee; John Harrington and Albert J. Smith, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 19, 1949; rehearing denied January 4, 1950; released for publication January 5, 1950.

## Myron Royster, Appellee, v. Maude Royster, Appellant.

Gen. No. 44,796.